IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Tobacco Tax

| | | |
|---|---|---|
| YABROUD LLC, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 150472R |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, signed by Magistrate Richard Davis and entered March 11, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter came before the court on its own motion to dismiss this case for lack of prosecution.

A trial was scheduled at 9:00 a.m. on March 9, 2016, to consider Plaintiff's appeal. On December 9, 2015, the court sent notice of the scheduled trial to Plaintiff at the e-mail address Plaintiff's representative provided to the court. The court's notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

Plaintiff failed to appear for the scheduled trial. The court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of March 2016.


_____
ALLISON R. BOOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on March 30, 2016.*